**STATE of Missouri, Respondent,**

v.

**Ricky NORTON, Appellant.**

**Nos. WD 40564, WD 41722.**

Missouri Court of Appeals,
Western District.

Oct. 17, 1989.

Joseph H. Locascio, Sp. Public Defender, Daniel C. Miller, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and
LOWENSTEIN and BERREY, JJ.

### ORDER

PER CURIAM.

Consolidated appeal from convictions of first degree burglary and first degree assault and from denial of Rule 29.15 motion for postconviction relief.

Convictions affirmed pursuant to Rule 30.25(b); denial of postconviction relief affirmed pursuant to Rule 84.16(b).